[No. 38538-1-I.    Division One.    January 13, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v.
RANDALL VINCENT MONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05582-2, Janice Niemi, J., entered April 29, 1996. *Reversed* by unpublished per curiam opinion.


[No. 14535-2-III.    Division Three.    January 14, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v.
RENE ANTONIO AMAYA, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00334-9, Carol A. Wardell, J., entered December 9, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz, J., and Munson, J. Pro Tem.


[Nos. 14675-8-III; 14674-0-III;    Division Three.    January 14, 1997.]
   14994-3-III; 14565-4-III.
THE STATE OF WASHINGTON, *Appellant*, v.
RODNEY LEE HAINES, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Asotin County, Nos. 94-1-00050-2, 94-1-00077-4, John Lyden, J., entered January 23, 1995; Ferry County, No. 95-1-00004-5, Larry M. Kristianson, J., entered June 21, 1995; Yakima County, No. 94-1-01481-7, F. James Gavin, J., entered December 22, 1994. *Reversed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Sweeney, C.J., and Thompson, J.


[Nos. 14819-0-III; 14944-7-III.    Division Three.    January 14, 1997.]
THE STATE OF WASHINGTON, *Appellant*, v.
KEVIN MICHAEL JONES, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Spokane County, Nos. 94-1-01228-3, 94-1-01821-4, Richard J. Schroeder, J., entered March 14 and May 12, 1995. *Reversed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Sweeney, C.J., and Thompson, J.